IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-cv-23512

CARLOS G. BRITO,

    Plaintiff,

v.

CASAVANA KENDALL, INC. d/b/a
CASAVANA CUBAN CUISINE, and
PALMS TOWN & COUNTRY LLC a/k/a
THE PALM AT TOWN & COUNTRY

    Defendant.
                                       /

## NOTICE OF SETTLEMENT

Defendant, Casavana Kendall, Inc. d/b/a Casavana Cuban Cuisine ("Casavana") hereby submits this Notice of Settlement to notify the Court that Defendant Casavana and Plaintiff Carlos G. Brito have reached a settlement of all issues between them, including attorneys' fees and costs. Plaintiff and Defendant Casavana request thirty (30) days in which to finalize the settlement papers and file the Stipulation of Dismissal With Prejudice.

Dated: November 21, 2016                 Respectfully submitted,

                                                         s/ Kara S. Nickel
                                                         Kara S. Nickel (Fla. Bar No. 175188)
                                                         knickel@stearnsweaver.com
                                                         STEARNS WEAVER MILLER WEISSLER
                                                           ALHADEFF & SITTERSON, PA
                                                         150 West Flagler Street, Suite 2200
                                                         Miami, Florida 33130
                                                         Tel. (305) 789-3226
                                                         Fax (305) 789-2645
                                                         *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via CM/ECF on November 21, 2016 on all counsel or parties of record on the Service List below.

                                 s/Kara S. Nickel_____
                                 Kara S. Nickel

## SERVICE LIST

Rafael Viego III (Fla. Bar No. 060967)
rviego@jltrial.com
JOMARRON LOPEZ
4300 Biscayne Boulevard,
Suite 305
Miami, Florida 33137
Tel. (305) 717-7530
Fax (305) 717-7539
*Attorneys for Plaintiff*

#5381728

2

STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.
Museum Tower ▪ 150 West Flagler Street, Suite 2200 ▪ Miami, FL 33130 ▪ (305) 789-3200